UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CHRISTOPHER HEADEN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. SCOTT, et al.,<br><br>Defendants. | Case No. 22-cv-01146-EMC<br><br>**ORDER GRANTING TIME TO AMEND COMPLAINT** |

The Court received Plaintiff's Complaint in the instant civil rights action on February 24, 2022. *See* Docket No. 1 ("Complaint").

That same day, Magistrate Judge Illman received a similar complaint from Plaintiff. *See* Docket No. 1, *Headen v. San Mateo County*, Case No. 22-cv-1145-RMI. Plaintiff's case against San Mateo County was subsequently dismissed after Plaintiff stated that he had not intended to file a second case. *See* Docket No. 14, *Headen v. San Mateo County*, Case No. 22-cv-1145-RMI. Plaintiff then protested the closing of his case against San Mateo County, stating that he had intended to consolidate that case with the instant action. *See* Docket No. 22, *Headen v. San Mateo County*, Case No. 22-cv-1145-RMI (summarizing Plaintiff's communications). Judge Illman denied Plaintiff's motion to reopen the second case, because Plaintiff still can amend the Complaint filed in the instant action to state all his claims. *See id.*

Because it appears that Plaintiff intends to amend the Complaint filed in this action, the Court concludes that it would be premature to review the Complaint pursuant to 28 U.S.C. § 1915A. So that the instant action does not languish while the Court awaits Plaintiff's amendments, the Court sets the following schedule.

Plaintiff must file an amended complaint no later than **September 2, 2022**, and must include the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page. Plaintiff is cautioned that his amended complaint **must be a complete statement of his claims**. *See Lacey v. Maricopa County*, 693 F.3d 896, 928 (9th Cir. 2012) (en banc) ("For claims dismissed with prejudice and without leave to amend, we will not require that they be repled in a subsequent amended complaint to preserve them for appeal. But for any claims voluntarily dismissed, we will consider those claims to be waived if not repled.") Thus, if Plaintiff files an amended complaint, he must include **both** the claims he initially presented in this action, **and** the claims he initially presented in his action against San Mateo County. If Plaintiff does not file an amended complaint by the deadline, the Court will conclude that he has waived the claims initially filed in the case against San Mateo County, *see id.*, and the instant action will move forward only as to the claims initially filed in this action.

**IT IS SO ORDERED**.

Dated: July 1, 2022

_____
EDWARD M. CHEN
United States District Judge